# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| STARLAR HUNT, | ) |
|     Plaintiff, | ) |
| v. | ) No. 2:24-cv-2508-SHL-cgc |
| CARRIER CORPORATION, | ) |
|     Defendant. | ) |

# JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's pro se Complaint (ECF No. 2), filed July 18, 2024,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Adopting Report and Recommendation, Granting Defendant's Motion to Dismiss, and Granting in Part Plaintiff's Motion to Amend Complaint (ECF No. 21), filed September 29, 2025, and given that Plaintiff did not file an amended complaint by the October 20 deadline, all claims by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

October 22, 2025
Date